

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Stevan Edward Tarango,

Vs. No. 11-23-00246-CR

The State of Texas,

\* From the 358th District Court
of Ector County,
Trial Court No. D-37,982.

\* July 25, 2024

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Williams, J., and Wright, S.C.J.,
sitting by assignment)
(Trotter, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.